CLOSED

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

**United States of America**

**v.**

**Pablo Joaquin-Merced**

Citizen of Mexico

USM#: 72765-208          DOB: 1970

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

**No. 07-10655-001M-SD**

Juan Rocha (AFPD)
Attorney for Defendant

ICE#: A72 320 560

**THE DEFENDANT ENTERED A PLEA OF** guilty on 10/15/2007 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of ONE HUNDRED FIFTY (150) DAYS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted          **FINE:** $          **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within  prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**07-10655-001M-SD**
*USA vs. Pablo Joaquin-Merced*

Date of Imposition of Sentence:  **Monday, October 15, 2007**

_____ Date 10/15/2007 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution
designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____          By:_____
United States Marshal                                                              Deputy Marshal
07-10655-001M-SD -

DATE:  10/15/2007         CASE NUMBER:   07-10655-001M-SD

**PLEA/SENTENCING MINUTES**
USA vs.  Pablo Joaquin-Merced

U.S. MAGISTRATE JUDGE:  JAY R. IRWIN  Judge #: 70BK
U.S. Attorney _____    INTERPRETER REQ'D   Ricardo Gonzalez _____
                                                 LANGUAGE:  Spanish
Attorney for Defendant  Juan Rocha (AFPD)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA 10/14/07          ☒ Complaint Filed        ☒ Appointment of counsel hearing held
☐  Financial Afdvt taken     ☒ No Financial Afdvt taken    ☐ Financial Afdvt sealed
☒  Initial Appearance

**DETENTION HEARING**:        ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for:   before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)  ☐ Bail set at $_____
☐ Defendant continued detained pending trial  ☐ Flight Risk  ☐ Danger

**PLEA HEARING**:           ☒ Held ☐ Cont'd ☐ Reset
Set for: before:
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts  TWO
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s)  TWO    of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☒ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to ___ before _____
☒ To be dismissed upon entry of the judgment, Ct(s)  ONE
☒     ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

SENTENCING:
☒ Defendant committed to Bureau of Prisons for a period of 150 days  ☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED       ☐ Fine $_____  ☐ Restitution $_____
Other: _____

                    RECORDED:   CS
                    BY:  Angela J. Tuohy, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Pablo JOAQUIN-Merced
Citizen of Mexico
YOB: 1970
A72 320 560
Illegal Alien

**CRIMINAL COMPLAINT**

CASE NUMBER: *07- 10655HSD*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about April 17, 2007, Defendant Pablo JOAQUIN-Merced was arrested and removed from the United States to Mexico through the port of San Ysidro, California, in pursuance of law, and thereafter on or about October 14, 2007, Defendant was found in the United States near Andrade, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about October 13, 2007, within the Southern District of California, Defendant Pablo JOAQUIN-Merced, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes  ☐ No

_____
Signature of Complainant
Mario Guerrero
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

October 15, 2007 _____ at _____ Yuma, Arizona
Date                                              City and State

Jay R. Irwin, U.S. Magistrate _____        _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:                          Pablo JOAQUIN-Merced

**IMMIGRATION HISTORY:**    The Defendant was last removed through San Ysidro, California on April 17, 2007. **The Defendant has been apprehended eight times by Immigration Officials and has been previously removed seven times.**

## CRIMINAL HISTORY:

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 07/22/89 | Santa Ana, CA | RAPE BY FORCE | Unknown |
| 01/27/90 | Costa Mesa, CA | Falsely Impersonating Self Peace Officer | Jail: 3 Days |
| 01/31/91 | Costa Mesa, CA | Charge 1: Assault; Charge 2: Battery | Unknown |
| 10/28/91 | Costa Mesa, CA | Charge 1: False Info to a Peace Officer; Charge 2: Warrant Assault | Jail: 11 Days, 36 months probation |
| 10/29/91 | Costa Mesa, CA | False ID to PO AR Costa Mesa PD | Unknown |
| 03/15/92 | Costa Mesa, CA | Child Annoyance | Pros Rel-Det Only Lack of Evidence |
| 11/12/92 | Costa Mesa, CA | Petty Theft | Jail: 10 Days, 12 months Prob |
| 07/24/93 | Costa Mesa, CA | False ID to a Peace Officer | Fine |
| 09/27/93 | Costa Mesa, CA | Hit and Run | Unknown |
| 07/08/96 | Costa Mesa, CA | Inflict Injury to Spouse | Jail: 60 Days, 36 Mo Prob |
| 06/04/97 | Costa Mesa, CA | Inflict Injury on Souse | Jail: Sentence Unknown |
| 11/21/00 | Costa Mesa, CA | 1 Count of MFG/ETC Deceptive Government ID | Unknown |
| 11/22/00 | Costa Mesa, CA | Charge 1: Inflict Injury to Spouse; Charge 2: False ID to Peace Officer | Unknown |
| 07/19/01 | Santa Ana, CA | Unauthorized Entry Posted Land | Fine |
| 10/07/01 | Santa Ana, CA | Charge 1: 1 Count of DUI; Charge 2: Traffic Offense Special Cir | Unknown |
| 07/01/02 | Costa Mesa, CA | Charge 1: Possession Control Narcotic Substance; Charge 2: False ID to Peace Officer | Dismissed Furtherance of Justice |
| 08/03/03 | Costa Mesa, CA | Charge 1: Control Substance Paraphernalia; Charge 2: Possession CNTL SUB | Convicted: Sentence Unknown |
| 05/23/04 | Costa Mesa, CA | Possession of Burglary Tools | Convicted: Sentence Unknown |
| 09/04/04 | Costa Mesa, CA | Charge 1: Poss NARC CNTL SUB; Charge 2: False ID to Peace Officer | Jail: 210 Days, 3 years Probation- IMP Sen SS |

| | | | |
|---|---|---|---|
| 08/05/05 | Costa Mesa, CA | Charge 1: Poss CNTL SUB; Charge 2: Under Influence of CNTL SUB: Charge 3: Trans/ETC CNTL SUB; Charge 4: CNTL SUB Paraphernalia; Charge 5: Poss CNTL for Sale | 16 MONTHS PRISON |
| 07/17/07 | Costa Mesa, CA | Charge 1: Evading Peace Officer; Charge 2: DUI Alcohol / Drugs; Charge 3: Traffic Offense Spec Cir | Unknown |

Narrative:    The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on October 13, 2007.

Charges:    8 USC§1326        (Felony)
            8 USC§1325        (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____October 15, 2007_____          _____
Date                                       Signature of Judicial Officer